## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENZO LIFE SCIENCES, INC. | |
| Plaintiff, | Civil Action No. 12-274-LPS |
| v. | JURY TRIAL DEMANDED |
| ABBOTT LABORATORIES, and ABBOTT MOLECULAR INC., | |
| Defendants | |
| and | |
| LUMINEX CORPORATION, | |
| Intervening Defendant. | |
| ENZO LIFE SCIENCES, INC. | |
| Plaintiff, | Civil Action No. 12-275-LPS |
| v. | JURY TRIAL DEMANDED |
| BECTON, DICKINSON AND COMPANY; BECTON DICKINSON DIAGNOSTICS, INC.; and GENEOHM SCIENCES, INC. | |
| Defendants. | |
| ENZO LIFE SCIENCES, INC. | |
| Plaintiff, | Civil Action No. 12-276-LPS |
| v. | JURY TRIAL DEMANDED |
| HOLOGIC, INC., | |
| Defendant. | |

ENZO LIFE SCIENCES, INC.

    Plaintiff,

    v.

GEN-PROBE, INCORPORATED,

    Defendant.

Civil Action No. 12-104-LPS

JURY TRIAL DEMANDED

---

ENZO LIFE SCIENCES, INC.

    Plaintiff,

    v.

LIFE TECHNOLOGIES CORPORATION,

    Defendant.

Civil Action No. 12-105-LPS

JURY TRIAL DEMANDED

---

ENZO LIFE SCIENCES, INC.

    Plaintiff,

    v.

ROCHE MOLECULAR SYSTEMS, INC.,
ROCHE DIAGNOSTICS
CORPORATION, ROCHE
DIAGNOSTICS OPERATIONS,
INC., and ROCHE NIMBLEGEN,
INC.,

    Defendants.

Civil Action No. 12-106-LPS

JURY TRIAL DEMANDED

---

ENZO LIFE SCIENCES, INC.

    Plaintiff,

    v.

AFFYMETRIX, INC.

    Defendant.

Civil Action No. 12-433-LPS

JURY TRIAL DEMANDED

| | |
|---|---|
| ENZO LIFE SCIENCES, INC. | |
| Plaintiff, | Civil Action No. 12-434-LPS |
| v. | JURY TRIAL DEMANDED |
| AGILENT TECHNOLOGIES, INC. | |
| Defendant. | |
| ENZO LIFE SCIENCES, INC. | |
| Plaintiff, | Civil Action No. 12-435-LPS |
| v. | JURY TRIAL DEMANDED |
| ILLUMINA, INC. | |
| Defendant. | |
| ENZO LIFE SCIENCES, INC. | |
| Plaintiff, | Civil Action No. 12-505-LPS |
| v. | JURY TRIAL DEMANDED |
| SIEMENS HEALTHCARE DIAGNOSTICS INC. | |
| Defendant. | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on December 20, 2013, true and correct copies of Defendants' Second Set of Common Interrogatories to Plaintiff Enzo Life Sciences, Inc. were caused to be served on the following counsel of record as indicated:

RLF1 9720256v.1

**Via Hand Delivery and E-Mail**

Brian E. Farnan
Farnan LLP
919 North Market Street, 12th Floor
Wilmington, DE 19801
bfarnan@farnanlaw.com

**Via E-Mail**

John M. Desmarais
Michael P. Stadnick
Xiao Li
Joseph C. Akalski
Lauren Nowierski
DESMARAIS LLP
230 Park Avenue
New York, NY 10169
(212) 351-3400
jdesmarais@desmaraisllp.com
mstadnick@ desmaraisllp.com
xli@desmaraisllp.com
jakalski@desmaraisllp.com
lnowierski@desmaraisllp.com

OF COUNSEL:

Matthew M. Wolf
ARNOLD & PORTER LLP
555 Twelfth Street, N.W.
Washington, DC 20004
202-942-5000

Jennifer Sklenar
Wallace Wu
ARNOLD & PORTER LLP
777 South Figueroa Street
Forty-Fourth Floor
Los Angeles, California 90017-5844
213-243-4000

YOUNG CONAWAY STARGATT & TAYLOR LLP

*/s/ Karen L. Pascale*
Karen L. Pascale (#2903)
Pilar G. Kraman (#5199)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
kpascale@ycst.com
pkraman@ycst.com

*Attorneys for Defendants Hologic, Inc.
and Gen-Probe Incorporated*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

OF COUNSEL:

Nicholas Groombridge
Eric Alan Stone
Jennifer H. Wu
PAUL, WEISS, RIFKIND, WHARTON &
    GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
(212) 373-3000

Katherine Nolan-Stevaux
LIFE TECHNOLOGIES CORP.
850 Lincoln Centre Dr.
Foster City, CA 94404
(650) 554-3584

*/s/ Karen Jacobs*
Jack B. Blumenfeld (#1014)
Karen Jacobs (#2881)
Michael J. Flynn (#5333)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
klouden@mnat.com
mflynn@mnat.com

*Attorneys for Defendant*
*Life Technologies Corporation*

RICHARDS, LAYTON & FINGER, P.A.

OF COUNSEL:

William G. McElwain
Jamie T. Wisz
WILMERHALE
1875 Pennsylvania Avenue NW
Washington, DC 20006
(202) 663-6000

Robert J. Gunther, Jr.
Jane M. Love, Ph.D.
Omar Khan
Christopher R. Noyes
WILMERHALE
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 230-8800

Gregory P. Teran
WILMERHALE
60 State Street
Boston, MA 02109
(617) 526-6000

*/s/ Katharine C. Lester*
Frederick L. Cottrell, III (#2555)
Katharine C. Lester (#5629)
One Rodney Square
920 North King Street
P.O. Box 551
Wilmington, DE 19801
(302) 651-7700
cottrell@rlf.com
lester@rlf.com

*Attorneys for Defendants Roche Molecular*
*Systems, Inc., Roche Diagnostics Corporation,*
*Roche Diagnostics Operations, Inc., and Roche*
*NimbleGen, Inc.*

RLF1 9720256v.1

William W. Kim
WILMERHALE
950 Page Mill Road
Palo Alto, CA 94304
(650) 858-6000

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

/s/ David E. Moore
Richard L. Horwitz (#2246)

James F. Hurst
Maureen L. Rurka
Elizabeth J. Thompson
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL  60601-9703
(312) 558-5600

David E. Moore (#3983)
Bindu A. Palapura (#5370)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE  19801
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com
bpalapura@potteranderson.com

Melinda K. Lackey
WINSTON & STRAWN LLP
1111 Louisiana, 25th Floor
Houston, TX  77002
(713) 651-2600

*Attorneys for Defendants Abbott Laboratories
and Abbott Molecular Inc.*

RICHARDS, LAYTON & FINGER, P.A.

OF COUNSEL:

/s/ Katharine C. Lester
Frederick L. Cottrell, III (#2555)

William G. McElwain
Jamie T. Wisz
WILMERHALE
1875 Pennsylvania Avenue NW
Washington, DC 20006
(202) 663-6000

Katharine C. Lester (#5629)
One Rodney Square
920 North King Street
P.O. Box 551
Wilmington, DE  19801
(302) 651-7700
cottrell@rlf.com
lester@rlf.com

Robert J. Gunther, Jr.
Jane M. Love, Ph.D.
Omar Khan
Christopher R. Noyes
WILMERHALE
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 230-8800

*Attorneys for Defendants Becton, Dickinson
and Company, Becton Dickinson Diagnostics
Inc., and GeneOhm Sciences, Inc.*

Gregory P. Teran
WILMERHALE
60 State Street
Boston, MA 02109
(617) 526-6000

William W. Kim
WILMERHALE
950 Page Mill Road
Palo Alto, CA 94304
(650) 858-6000

OF COUNSEL:

Michael J. Malecek
Peter E. Root
Sean M. Boyle
KAYE SCHOLER LLP
Two Palo Alto Square
Suite 400
3000 El Camino Real
Palo Alto, CA 94306
(650) 319-4500

MORRIS, NICHOLS, ARSHT & TUNNELL
LLP

*/s/ Derek J. Fahnestock*
Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
Derek J. Fahnestock (#4705)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com
mnoreika@mnat.com
dfahnestock@mnat.com

*Attorneys for Defendant Affymetrix, Inc.*

MORRIS, NICHOLS, ARSHT & TUNNELL
LLP

*/s/  Derek J. Fahnestock*
Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
Derek J. Fahnestock (#4705)
Paul Saindon (#5110)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com
mnoreika@mnat.com
dfahnestock@mnat.com
psaindon@mnat.com

*Attorneys for Defendant Agilent Technologies,*

RLF1 9720256v.1

*Inc*

ASHBY & GEDDES

OF COUNSEL:

Kevin M. Flowers
Matthew C. Nielsen
Mark H. Izraelewicz
John R. Labbé
Cullen N. Pendleton
MARSHALL, GERSTEIN & BORUN LLP
233 South Wacker Drive, Suite 6300
Chicago, IL  60606
(312) 474-6300

*/s/ Lauren E. Maguire*
Steven J. Balick (#2114)
Lauren E. Maguire (#4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE  19899
(302) 654-1888
sbalick@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Defendant Illumina, Inc.*

MORRIS, NICHOLS, ARSHT & TUNNELL
LLP

OF COUNSEL:

Nagendra Setty
SHEPPARD MULLIN RICHTER & HAMPTON LLP
4 Embarcadero Center
17th Floor
San Francisco, CA 94111
(415) 434-9100

*/s/ Derek J. Fahnestock*
Jack B. Blumenfeld (#1014)
Derek J. Fahnestock (#4705)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com
dfahnestock@mnat.com

*Attorneys for Defendant Siemens Healthcare
Diagnostics, Inc.*

DLA PIPER LLP (US)

*/s/ Denise Kraft*
Denise S. Kraft (# 2778)
Brian A. Biggs (# 5591)
1201 N. Market Street, Suite 2100
Wilmington, DE  19801
302-468-5700
denise.kraft@dlapiper.com
brian.biggs@dlapiper.com

*Attorneys for Intervenor-Defendant
and Counterclaim-Plaintiff Luminex
Corporation*

Dated: December 20, 2013

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2013, true and correct copies of the foregoing document were caused to be filed with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following counsel of record and that copies were served as indicated:

| **Via Hand Delivery and E-mail** | **Via E-mail** |
|---|---|
| Brian E. Farnan | John M. Desmarais |
| Farnan LLP | Michael P. Stadnick |
| 919 North Market Street, 12th Floor | Xiao Li |
| Wilmington, DE 19801 | Joseph C. Akalski |
| bfarnan@farnanlaw.com | Lauren Nowierski |
| | DESMARAIS LLP |
| | 230 Park Avenue |
| | New York, NY 10169 |
| | (212) 351-3400 |
| | jdesmarais@desmaraisllp.com |
| | mstadnick@ desmaraisllp.com |
| | xli@desmaraisllp.com |
| | jakalski@desmaraisllp.com |
| | lnowierski@desmariasllp.com |

/s/ Katharine C. Lester
Katharine C. Lester (#5629)
lester@rlf.com

RLF1 9720256v.1