**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **ENZO LIFE SCIENCES, INC.** | |
| PLAINTIFF, | **CIVIL ACTION NO. 12-274-LPS** |
| V. | **JURY TRIAL DEMANDED** |
| **ABBOTT LABORATORIES, AND ABBOTT MOLECULAR INC.,** | |
| DEFENDANTS | |
| and | |
| **LUMINEX CORPORATION,** | |
| INTERVENING DEFENDANT. | |
| **ENZO LIFE SCIENCES, INC.** | |
| PLAINTIFF, | **CIVIL ACTION NO. 12-275-LPS** |
| V. | **JURY TRIAL DEMANDED** |
| **BECTON, DICKINSON AND COMPANY; BECTON DICKINSON DIAGNOSTICS INC.; AND GENEOHM SCIENCES, INC.** DEFENDANTS. | |

| | |
|---|---|
| **ENZO LIFE SCIENCES, INC.**<br><br>    PLAINTIFF,<br><br>    V.<br><br>**HOLOGIC, INC.,**<br><br>    DEFENDANT. | **CIVIL ACTION NO. 12-276-LPS**<br><br>**JURY TRIAL DEMANDED** |
| **ENZO LIFE SCIENCES, INC.**<br><br>    PLAINTIFF,<br><br>    V.<br><br>**GEN-PROBE, INCORPORATED,**<br><br>    DEFENDANT. | **CIVIL ACTION NO. 12-104-LPS**<br><br>**JURY TRIAL DEMANDED** |
| **ENZO LIFE SCIENCES, INC.**<br><br>    PLAINTIFF,<br><br>    V.<br><br>**LIFE TECHNOLOGIES CORPORATION,**<br><br>    DEFENDANT. | **CIVIL ACTION NO. 12-105-LPS**<br><br>**JURY TRIAL DEMANDED** |

| | |
|---|---|
| **ENZO LIFE SCIENCES, INC.** | |
| PLAINTIFF, | **CIVIL ACTION NO. 12-106-LPS** |
| V. | **JURY TRIAL DEMANDED** |
| **ROCHE MOLECULAR SYSTEMS, INC., ROCHE DIAGNOSTICS CORPORATION, ROCHE DIAGNOSTICS OPERATIONS, INC., AND ROCHE NIMBLEGEN, INC.,** | |
| DEFENDANTS. | |
| **ENZO LIFE SCIENCES, INC.** | |
| PLAINTIFF, | Civil Action No. 12-433-LPS |
| v. | **JURY TRIAL DEMANDED** |
| **AFFYMETRIX, INC.** | |
| DEFENDANT. | |
| **ENZO LIFE SCIENCES, INC.** | |
| PLAINTIFF, | Civil Action No. 12-434-LPS |
| v. | **JURY TRIAL DEMANDED** |
| **AGILENT TECHNOLOGIES, INC.** | |
| DEFENDANT. | |

| | |
|---|---|
| **ENZO LIFE SCIENCES, INC.** | |
|    **PLAINTIFF,** | **Civil Action No. 12-435-LPS** |
|    **v.** | **JURY TRIAL DEMANDED** |
| **ILLUMINA, INC.** | |
|    **DEFENDANT.** | |
| **ENZO LIFE SCIENCES, INC.** | |
|    **PLAINTIFF,** | **Civil Action No. 12-505-LPS** |
|    **v.** | **JURY TRIAL DEMANDED** |
| **SIEMENS HEALTHCARE DIAGNOSTICS INC.** | |
|    **DEFENDANT.** | |

## NOTICE OF SERVICE

     PLEASE TAKE NOTICE that on January 3, 2014 a copy of Plaintiff Enzo Life Sciences, Inc.'s Second Set of Common Interrogatories to Defendants (No. 11) was served on the following as indicated:

<u>Via Hand Delivery and E-mail</u>
Richard L. Horwitz
David E. Moore
Bindu Ann George Palapura
Potter Anderson & Corroon, LLP
1313 N. Market St., Hercules Plaza, 6th Flr.
P.O. Box 951
Wilmington, DE 19899-0951
rhorwitz@potteranderson.com
dmoore@potteranderson.com
bpalapura@potteranderson.com

<u>Via E-mail</u>
James F. Hurst
Melinda K. Lackey
Maureen L. Rurka
Winston & Strawn LLP
jhurst@winston.com
mlackey@winston.com
mrurka@winston.com

*Attorneys for Abbott Laboratories and Abbott Molecular Inc.*

*Attorneys for Abbott Laboratories and Abbott Molecular Inc.*

Via Hand Delivery and E-mail
Frederick L. Cottrell, III
Elizabeth Rui He
Richards, Layton & Finger, PA
One Rodney Square
920 N. King Street
Wilmington, DE 19801
cottrell@rlf.com
he@rlf.com

*Attorneys for Becton Dickinson and Company, Becton Dickinson Diagnostics Inc., Geneohm Sciences Inc., Roche Diagnostics Corporation, Roche Diagnostics Operations Inc., Roche Molecular Systems Inc.*
*Roche NimbleGen, Inc.*

Via Hand Delivery and E-mail
Nancy G. Tinsley
Roche Diagnostics Operations, Inc.
nancy.tinsley@roche.com

*Attorney for Roche Diagnostics Corporation, Roche Diagnostics Operations Inc., Roche Molecular Systems Inc.*
*Roche NimbleGen, Inc.*

Via Hand Delivery and E-mail
Karen L. Pascale
Pilar G. Kraman
Young, Conaway, Stargatt & Taylor LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
kpascale@ycst.com
pkraman@ycst.com

*Attorneys for Hologic Inc. and Gen-Probe Incorporated*

Via Hand Delivery and E-mail
Jack B. Blumenfeld
Karen Jacobs Louden

Via E-mail
Sadaf R. Abdullah
Jamie T. Wisz
Gregory P. Teran
William G. McElwain
Jane M. Love
William W. Kim
Robert J. Gunther, Jr.
Omar A. Khan
Wilmer Cutler Pickering Hale and Dorr LLP
sadaf.abdullah@wilmerhale.com
robert.gunther@wilmerhale.com
william.kim@wilmerhale.com
jane.love@wilmerhale.com
william.mcelwain@wilmerhale.com
gregory.teran@wilmerhale.com
jamie.wisz@wilmerhale.com
omar.khan@wilmerhale.com

*Attorneys for Becton Dickinson and Company, Becton Dickinson Diagnostics Inc., Geneohm Sciences Inc., Roche Diagnostics Corporation, Roche Diagnostics Operations Inc., Roche Molecular Systems Inc.*
*Roche NimbleGen, Inc.*

Via E-mail
Jennifer A. Sklenar
Matthew M. Wolf
Wallace W. Wu
Arnold & Porter LLP
jennifer.sklenar@aporter.com
matthew.wolf@aporter.com
wallace.wu@aporter.com

*Attorneys for Hologic Inc. and Gen-Probe Incorporated*

Via E-mail
Nicholas P. Groombridge
Eric Alan Stone

Michael J. Flynn
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
jblumenfeld@mnat.com
klouden@mnat.com
mflynn@mnat.com

*Attorneys for Life Technologies Corporation*

Via Hand Delivery and E-mail
Jack B. Blumenfeld
Maryellen Noreika
Derek J. Fahnestock
Paul Saindon
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
jblumenfeld@mnat.com
mnoreika@mnat.com
dfahnestock@mnat.com
psaindon@mnat.com

*Attorneys for Affymetrix Inc., Agilent Technologies Inc., and Siemens Healthcare Diagnostics Inc.*

Via Hand Delivery and E-mail
Steven J. Balick
Lauren E. Maguire
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
sbalick@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Illumina Inc.*

Via Hand Delivery and E-mail
Deepali Brahmbhatt
Steven M. Hanle

Jennifer H. Wu
Paul, Weiss, Rifkind, Wharton & Garrison LLP
ngroombridge@paulweiss.com
estone@paulweiss.com
jwu@paulweiss.com

*Attorneys for Life Technologies Corporation*

Via E-mail
Sean M. Boyle
Stephen C. Holmes
Michael J. Malecek
Peter E. Root
Kaye Scholer LLP
sean.boyle@kayescholer.com
stephen.holmes@kayescholer.com
michael.malecek@kayescholer.com
peter.root@kayescholer.com

*Attorneys for Affymetrix Inc.*

Via E-mail
Kevin M. Flowers
Cullen N. Pendleton
Amanda K. Antons
Mark H. Izraelewicz
Matthew C. Nielsen
Marshall, Gerstein & Borun LLP
kflowers@marshallip.com
cpendleton@marshallip.com
aantons@marshallip.com
mizraelewicz@marshallip.com
mnielsen@marshallip.com

*Attorneys for Illumina Inc.*

Nagendra Setty
Sheppard Mullin Richter & Hampton LLP
dbrahmbhatt@sheppardmullin.com
shanle@sheppardmullin.com
nsetty@sheppardmullin.com

*Attorneys for Siemens Healthcare Diagnostics Inc.*

<u>Via Hand Delivery and Email</u>
Denise Seastone Kraft
Aleine Michelle Porterfield
Brian A. Biggs
DLA Piper LLP
919 N. Market Street, Suite 1500
Wilmington, DE 19801
denise.kraft@dlapiper.com
aleine.porterfield@dlapiper.com
brian.biggs@dlapiper.com

*Attorneys for Luminex Corporation*

DATED:   January 3, 2014

<u>Via Email</u>
Heather Bunner
Erica Pascal
John Guaragna
Stanley J. Panikowski
DLA Piper LLP
heather.bunner@dlapiper.com
erica.pascal@dlapiper.com
john.guaragna@dlapiper.com
stanley.panikowski@dlapiper.com

*Attorneys for Luminex Corporation*

Respectfully submitted,

FARNAN LLP

<u>/s/ Brian E. Farnan</u>
Brian E. Farnan (Bar No. 4089)
919 North Market Street
12th Floor
Wilmington, DE 19801
(302) 777-0300
(302) 777-0301
bfarnan@farnanlaw.com

John M. Desmarais (admitted *pro hac vice*)
Michael P. Stadnick (admitted *pro hac vice*)
Xiao Li (admitted *pro hac vice*)
Joseph C. Akalski (admitted *pro hac vice*)
Lauren Nowierski (admitted *pro hac vice*)
DESMARAIS LLP
230 Park Avenue
New York, NY 10169
(212) 351-3400 (Tel)
(212) 351-3401 (Fax)
jdesmarais@desmaraisllp.com

        mstadnick@desmaraisllp.com
        xli@desmaraisllp.com
        jakalski@desmaraisllp.com
        lnowierski@dsamaraisllp.com
        *Counsel for Plaintiff Enzo Life Sciences, Inc.*