# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **ENZO LIFE SCIENCES INC.,**<br><br>　　　　　**Plaintiff,**<br><br>v.<br><br>**ROCHE MOLECULAR SYSTEMS INC., ROCHE DIAGNOSTICS CORPORATION, ROCHE DIAGNOSTICS OPERATIONS, INC., and ROCHE NIMBLEGEN, INC.,**<br><br>　　　　　**Defendants.** | **Civ. A. No. 12-cv-106-LPS**<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on January 3, 2014 a copy of Enzo Life Sciences, Inc.'s Third Set of Requests to Roche for the Production of Documents and Things (No. 80) was served on the following as indicated:

<u>Via Hand Delivery and E-mail</u>
Frederick L. Cottrell, III
Elizabeth Rui He
Richards, Layton & Finger, PA
One Rodney Square
920 N. King Street
Wilmington, DE 19801
cottrell@rlf.com
he@rlf.com

*Attorneys for Roche Diagnostics Corporation, Roche Diagnostics Operations Inc., Roche Molecular Systems Inc., and Roche NimbleGen, Inc.*

<u>Via E-mail</u>
Sadaf R. Abdullah
Jamie T. Wisz
Gregory P. Teran
William G. McElwain
Jane M. Love
William W. Kim
Robert J. Gunther, Jr.
Wilmer Cutler Pickering Hale and Dorr LLP
sadaf.abdullah@wilmerhale.com
robert.gunther@wilmerhale.com
william.kim@wilmerhale.com
jane.love@wilmerhale.com
william.mcelwain@wilmerhale.com
gregory.teran@wilmerhale.com
jamie.wisz@wilmerhale.com

*Attorneys for Roche Diagnostics Corporation, Roche Diagnostics Operations Inc., Roche*

*Molecular Systems Inc. and Roche NimbleGen, Inc.*

DATED: January 3, 2014

Respectfully submitted,

FARNAN LLP

/s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
919 North Market Street
12th Floor
Wilmington, DE 19801
(302) 777-0300
(302) 777-0301
bfarnan@farnanlaw.com

John M. Desmarais (admitted *pro hac vice*)
Michael P. Stadnick (admitted *pro hac vice*)
Xiao Li (admitted *pro hac vice*)
Joseph C. Akalski (admitted *pro hac vice*)
Lauren Nowierski (admitted *pro hac vice*)
DESMARAIS LLP
230 Park Avenue
New York, NY 10169
(212) 351-3400 (Tel)
(212) 351-3401 (Fax)
jdesmarais@desmaraisllp.com
mstadnick@desmaraisllp.com
xli@desmaraisllp.com
jakalski@desmaraisllp.com
lnowierski@dsamaraisllp.com

*Counsel for Plaintiff Enzo Life Sciences, Inc.*