IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENZO LIFE SCIENCES, INC., <br>     Plaintiff, <br> v. <br> ABBOTT LABORATORIES, and ABBOTT MOLECULAR INC., <br>     Defendants; and <br> LUMINEX CORPORATION; <br>     Intervening Defendant. | C. A. No. 12-274-LPS <br><br> **JURY TRIAL DEMANDED** |
| ENZO LIFE SCIENCES, INC., <br>     Plaintiff, <br> v. <br> BECTON, DICKINSON AND COMPANY; BECTON DICKINSON DIAGNOSTICS INC.; and GENEOHM SCIENCES, INC., <br>     Defendants. | C.A. No. 12-275-LPS <br><br> **JURY TRIAL DEMANDED** |
| ENZO LIFE SCIENCES, INC., <br>     Plaintiff, <br> v. <br> HOLOGIC, INC., <br>     Defendant. | C.A. No. 12-276-LPS <br> **JURY TRIAL DEMANDED** |
| ENZO LIFE SCIENCES, INC., <br>     Plaintiff, <br> v. <br> GEN-PROBE, INCORPORATED, <br>     Defendant. | C.A. No. 12-104-LPS <br> **JURY TRIAL DEMANDED** |

| | |
|---|---|
| ENZO LIFE SCIENCES, INC.,<br><br>            Plaintiff,<br><br>    v.<br><br>LIFE TECHNOLOGIES CORPORATION,<br><br>            Defendant. | )<br>)<br>)<br>)  C.A. No. 12-105-LPS<br>)  **JURY TRIAL DEMANDED**<br>)<br>)<br>)<br>)<br>) |
| ENZO LIFE SCIENCES, INC.,<br><br>            Plaintiff,<br><br>    v.<br><br>ROCHE MOLECULAR SYSTEMS, INC.,<br>ROCHE DIAGNOSTICS CORPORATION,<br>ROCHE DIAGNOSTICS OPERATIONS,<br>INC., and ROCHE NIMBLEGEN, INC.,<br><br>            Defendants. | )<br>)<br>)<br>)  C.A. No. 12-106-LPS<br>)  **JURY TRIAL DEMANDED**<br>)<br>)<br>)<br>)<br>)<br>) |
| ENZO LIFE SCIENCES, INC.,<br><br>            Plaintiff,<br><br>    v.<br><br>AFFYMETRIX, INC.,<br><br>            Defendant. | )<br>)<br>)<br>)  C.A. No. 12-433-LPS<br>)  **JURY TRIAL DEMANDED**<br>)<br>)<br>)<br>) |
| ENZO LIFE SCIENCES, INC.,<br><br>            Plaintiff,<br><br>    v.<br><br>AGILENT TECHNOLOGIES, INC.,<br><br>            Defendant. | )<br>)<br>)<br>)  C.A. No. 12-434-LPS<br>)  **JURY TRIAL DEMANDED**<br>)<br>)<br>)<br>) |
| ENZO LIFE SCIENCES, INC.,<br><br>            Plaintiff,<br><br>    v.<br><br>ILLUMINA, INC.,<br><br>            Defendant. | )<br>)<br>)<br>)  C. A. No. 12-435-LPS<br>)  **JURY TRIAL DEMANDED**<br>)<br>)<br>)<br>) |

| | |
|---|---|
| ENZO LIFE SCIENCES, INC., )<br>　　　　　Plaintiff, )<br>　　v. )<br>SIEMENS HEALTHCARE )<br>DIAGNOSTICS INC., )<br>　　　　　Defendant. ) | C.A. No. 12-505-LPS<br>**JURY TRIAL DEMANDED** |

### STIPULATION AND [PROPOSED] ORDER TO EXTEND PAGE LIMITS

WHEREAS, the parties have met and conferred and believe that it would be helpful to have additional pages for their construction briefs in order to address fully the claim terms in dispute;

IT IS NOW HEREBY STIPULATED AND AGREED, subject to approval by the Court, that claim construction briefing shall proceed as follows: Opening and Responsive Claim Construction Briefs related to U.S. Patent No. 7,064,197 shall be twenty (20) pages each for each side. The Opening and Responsive Claim Construction Briefs related to U.S. Patent No. 6,992,180 shall be fifteen (15) pages each for each side. The Opening and Response Claim Construction Briefs related to U.S. Patent No. 8,097,405 shall be fifteen (15) pages each for each side.

**IT IS SO ORDERED**, this _____ day of February, 2014.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

| | |
|---|---|
| FARNAN LLP | MORRIS NICHOLS ARSHT & TUNNELL LLP |
| */s/ Brian E. Farnan* | */s/ Ethan H. Townsend* |
| Brian E. Farnan (#4089) | Jack B. Blumenfeld (#1014) |
| 919 North Market Street | Maryellen Noreika (#3208) |
| 12th Floor | Derek J. Fahnestock (#4705) |
| Wilmington, DE 19801 | Paul Saindon (#5110) |
| (302) 777-0336 | Ethan H. Townsend (#5813) |
| bfarnan@farnanlaw.com | 1201 North Market Street |
| | P.O. Box 1347 |
| *Attorneys for Plaintiff Enzo Life Sciences, Inc.* | Wilmington, DE 19899 |
| | (302) 658-9200 |
| | jblumenfeld@mnat.com |
| | mnoreika@mnat.com |
| | dfahnestock@mnat.com |
| | psaindon@mnat.com |
| | etownsend@mnat.com |
| | |
| | *Attorneys for Defendant Agilent Technologies, Inc.* |
| YOUNG, CONAWAY, STARGATT&TAYLOR LLP | RICHARDS, LAYTON & FINGER, PA |
| */s/ Karen L. Pascale* | */s/ Katherine C. Lester* |
| Karen L. Pascale (#2903) | Frederick L. Cottrell, III (#2555) |
| Pilar G. Kraman (#5199) | Katharine C. Lester (#5629) |
| Rodney Square | One Rodney Square |
| 1000 North King Street | 920 N. King Street |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 571-6600 | (302) 651-7700 |
| kpascale@ycst.com | cottrell@rlf.corn |
| pkraman@ycst.com | lester@rlf.com |
| | |
| *Attorneys for Defendants Hologic Inc. and Gen-Probe Incorporated* | *Attorneys for Defendants BectonDickinson and Company, BectonDickinson Diagnostics Inc., Geneohm Sciences Inc., Roche Diagnostics Corporation, Roche Diagnostics Operations Inc., Roche Molecular Systems Inc. Roche NimbleGen, Inc.* |

| | |
|---|---|
| MORRIS NICHOLS ARSHT & TUNNELL LLP | ASHBY & GEDDES |
| */s/ Karen Jacobs* | */s/ Lauren E. Maguire* |
| Jack B. Blumenfeld (#1014) | Steven J. Balick (#2114) |
| Karen Jacobs (#2881) | Lauren E. Maguire (#4261) |
| Michael J. Flynn (#5333) | 500 Delaware Avenue, 8th Floor |
| 1201 North Market Street | P.O. Box 1150 |
| P.O. Box 1347 | Wilmington, DE 19899 |
| Wilmington, DE 19899 | (302) 654-1888 |
| (302) 658-9200 | sbalick@ashby-geddes.com |
| jblumenfeld@mnat.com | lmaguire@ashby-geddes.com |
| kjacobs@mnat.com | |
| mflynn@mnat.com | *Attorneys for Defendant Illumina Inc.* |
| | |
| *Attorneys for Defendant Life Technologies Corporation* | |
| POTTER ANDERSON & CORROON, LLP | DLA PIPER LLP (US) |
| */s/ Richard L. Horwitz* | */s/ Denise S. Kraft* |
| Richard L. Horwitz (#2246) | Denise S. Kraft (#2778) |
| David Ellis Moore (#3983) | Brian A. Biggs (#5591) |
| Bindu A. Palapura (#5370) | 1201 N. Market Street, Suite 2100 |
| Hercules Plaza, 6th Floor | Wilmington, DE 19801 |
| 1313 N. Market Street | (302) 468-5700 |
| Wilmington, DE 19899-0951 | denise.kraft@dlapiper.com |
| (302) 984-6000 | brian.biggs@dlapiper.com |
| rhorwitz@potteranderson.com | |
| dmoore@potteranderson.com | *Attorneys for Intervenor-Defendant and Counterclaim-Plaintiff Luminex Corporation* |
| bpalapura@potteranderson.com | |
| | |
| *Attorneys for Defendants Abbott Laboratories and Abbott Molecular Inc.* | |

| | |
|---|---|
| MORRIS NICHOLS ARSHT & TUNNELL LLP | MORRIS NICHOLS ARSHT & TUNNELL LLP |
| /s/ *Derek J. Fahnestock* | /s/ *Derek J. Fahnestock* |
| Jack B. Blumenfeld (#1014)<br>Maryellen Noreika (#3208)<br>Derek J. Fahnestock (#4705)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>mnoreika@mnat.com<br>dfahnestock@mnat.com | Jack B. Blumenfeld (#1014)<br>Derek J. Fahnestock (#4705)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>dfahnestock@mnat.com |
| *Attorneys for Defendant Affymetrix, Inc.* | *Attorneys for Defendant Siemens Healthcare Diagnostics Inc.* |

January 31, 2014
7966707.3