IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENZO LIFE SCIENCES, INC. <br><br> PLAINTIFF, <br><br> V. <br><br> ROCHE MOLECULAR SYSTEMS, INC., ROCHE DIAGNOSTICS CORPORATION, ROCHE DIAGNOSTICS OPERATIONS, INC., AND ROCHE NIMBLEGEN, INC., <br><br> DEFENDANTS. | CIVIL ACTION NO. 12-106-LPS <br><br> JURY TRIAL DEMANDED |

**PLAINTIFF'S NOTICE OF DEPOSITION OF STEPHEN WILL
PURSUANT TO FED. R. CIV. P. 30(b)(1)**

PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure, Plaintiff Enzo Life Sciences, Inc. ("Enzo"), by and through its attorneys, will take the deposition of Stephen Will on October 31, 2014 at 9:00 AM using videographic, audiographic, and/or stenographic means, or a combination of those means.  Please take further notice that Enzo intends to record the testimony at the above-described deposition through instant visual display of testimony via LiveNote® software.  The deposition will take place at Four Points by Sheraton Pleasanton, 5115 Hopyard Road, Pleasanton, CA 94588, or at such other time(s) and place(s) as the parties may agree.

| | |
|---|---|
| DATED:   October 27, 2014 | Respectfully submitted,<br><br>Farnan LLP<br><br>/s/ Brian E. Farnan<br>Brian E. Farnan (Bar No. 4089)<br>919 North Market Street<br>12th Floor<br>Wilmington, DE 19801<br>(302) 777-0300<br>(302) 777-0301<br>bfarnan@farnanlaw.com<br><br>John M. Desmarais (admitted *pro hac vice*)<br>Michael P. Stadnick (admitted *pro hac vice*)<br>Jordan Malz (admitted *pro hac vice*)<br>Justin P.D. Wilcox (admitted *pro hac vice*)<br>Peter C. Magic (admitted *pro hac vice*)<br>Joseph C. Akalski (admitted *pro hac vice*)<br>Jessica A. Martinez (admitted *pro hac vice*)<br>Danielle A. Shultz (admitted *pro hac vice*)<br>DESMARAIS LLP<br>230 Park Avenue<br>New York, NY 10169<br>(212) 351-3400 (Tel)<br>(212) 351-3401 (Fax)<br>jdesmarais@desmaraisllp.com<br>mstadnick@desmaraisllp.com<br>jmalz@desmaraisllp.com<br>jwilcox@desmaraisllp.com<br>pmagic@desmaraisllp.com<br>jakalski@desmaraisllp.com<br>jmartinez@desmaraisllp.com<br>dshultz@desmaraisllp.com<br><br>*Counsel for Plaintiff Enzo Life Sciences, Inc.* |