## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **ENZO LIFE SCIENCES, INC.** | |
| PLAINTIFF, | **CIVIL ACTION NO. 12-106-LPS** |
| V. | **JURY TRIAL DEMANDED** |
| **ROCHE MOLECULAR SYSTEMS, INC., ROCHE DIAGNOSTICS CORPORATION, ROCHE DIAGNOSTICS OPERATIONS, INC., AND ROCHE NIMBLEGEN, INC.,** | |
| DEFENDANTS. | |

### PLAINTIFF'S NOTICE OF DEPOSITION OF NEIL GUNN
### PURSUANT TO FED. R. CIV. P. 30(b)(1)

PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure, Plaintiff Enzo Life Sciences, Inc. ("Enzo"), by and through its attorneys, will take the deposition of Neil Gunn on October 29, 2014 at 9:00 AM using videographic, audiographic, and/or stenographic means, or a combination of those means. Please take further notice that Enzo intends to record the testimony at the above-described deposition through instant visual display of testimony via LiveNote® software. The deposition will take place at Four Points by Sheraton Pleasanton, 5115 Hopyard Road, Pleasanton, CA 94588, or at such other time(s) and place(s) as the parties may agree.

DATED: October 27, 2014  Respectfully submitted,

Farnan LLP

/s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
919 North Market Street
12th Floor
Wilmington, DE 19801
(302) 777-0300
(302) 777-0301
bfarnan@farnanlaw.com

John M. Desmarais (admitted *pro hac vice*)
Michael P. Stadnick (admitted *pro hac vice*)
Jordan Malz (admitted *pro hac vice*)
Justin P.D. Wilcox (admitted *pro hac vice*)
Peter C. Magic (admitted *pro hac vice*)
Joseph C. Akalski (admitted *pro hac vice*)
Jessica A. Martinez (admitted *pro hac vice*)
Danielle A. Shultz (admitted *pro hac vice*)
DESMARAIS LLP
230 Park Avenue
New York, NY 10169
(212) 351-3400 (Tel)
(212) 351-3401 (Fax)
jdesmarais@desmaraisllp.com
mstadnick@desmaraisllp.com
jmalz@desmaraisllp.com
jwilcox@desmaraisllp.com
pmagic@desmaraisllp.com
jakalski@desmaraisllp.com
jmartinez@desmaraisllp.com
dshultz@desmaraisllp.com

*Counsel for Plaintiff Enzo Life Sciences, Inc.*